### · DANIEL H. ELLIS' CASE.

On application for supply of a lost deed, the court held that the term " three months " in the 1st section of the act, *Rev. Laws* 55, means three *lunar* months.

*Wall*, for Ellis.

### GENERAL RULE.

It is ordered, that the rule of February Term, 1805, entitled " of Writs and Process," be and the same is annulled.

### *Of Writs and Process.*

It is ordered, that all writs and process issuing out of this court, (writs of subpœna, and writs of venire facias returnable at the Circuit Courts only excepted) shall be written or printed, or partly written and partly printed, on parchment, and shall be at least six inches long and three inches broad when folded, that there shall be endorsed on such writs and process, on the right hand of the margin thereof, under the style of the Court, the name of the county into which such writ is directed, and under the title of the action, the name of the Attorney who shall sue out of the same, or of the party, if he shall sue out of the same himself.